MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: ERICKSON, LANCE GORDON

Chapter 7 Case No. 04-31786-DDO

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Direct Merchants Bank Card Member Services PO Box 21550 Tulsa OK 74121 | 00003 | $15,368.03 | $1,115.23 |

Date: October 14, 2009

Michael Iannacone, TRUSTEE

Rec. #1421

RECEIVED
09 OCT 16 AM 10:33
U.S. BANKRUPTCY COURT
ST. PAUL, MN